# Claims Distribution Small Checks

**Trustee: Timothy W. Hoffman (007810)**

**Case:** 09-12556 - LA RIVE GAUCHE SAN MATEO LLC,

| Account No. | Check No. | Issued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| 9000222456366 | 10126 | 01/21/11 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $14.62 |
| | 4 | 08/21/09 | 610 | Daniel Peak | | 235.00 | 235.00 | 3.37 | 3.37 |
| | 11 | 08/27/09 | 610 | Vigneron Imports | | 198.00 | 198.00 | 2.84 | 2.84 |
| | 12 | 10/15/09 | 610 | King of Mushroom/Re Dei Funghi | | 322.90 | 322.90 | 4.63 | 4.63 |
| | 22 | 12/21/09 | 610 | Ecolab Institutional | | 263.58 | 263.58 | 3.78 | 3.78 |

(*) Denotes objection to Amount Filed

FILED  
FEB 1 4 2011  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

Case: 09-12556   Doc# 39   Filed: 02/14/11   Entered: 02/17/11 15:09:51   Page 1 of 1